UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                  *Plaintiff*,

                  **NOTICE OF MOTION**

v.

                  Case No.: 24-CR-00041(RJA)(JJM)

PAUL RASLAWSKY

                  *Defendant.*

---

S I R S :

        PLEASE TAKE NOTICE, that upon the annexed affidavit of Herbert L. Greenman, Esq. the undersigned moves this Court for an Order extending the time within which the defense must file motions until Tuesday, August 13, 2024 together with such other further relief as to this Court may seem just and proper.

DATED:    Buffalo, New York
               August 5, 2024

                                   Respectfully submitted,

                                   /s/Herbert L. Greenman

                                   HERBERT L. GREENMAN
                                   LIPSITZ GREEN SCIME & CAMBRIA LLP
                                   Attorneys for Defendant
                                   PAUL RASLAWSKY
                                   Office and Post Office Address
                                   42 Delaware Avenue – Suite 300
                                   Buffalo, New York 14202
                                   (716) 849-1333
                                   hgreenman@lglaw.com

TO:    LOUIS TESTANI, ESQ.
         ASSISTANT UNITED STATES ATTORNEY
         138 Delaware Avenue
         Buffalo, New York 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                *Plaintiff,*

                                                          **AFFIDAVIT**

v.

                                                     Case No.:  24-CR-00041(RJA)(JJM)

PAUL RASLAWSKY

                *Defendant.*

_____

STATE OF NEW YORK    )
COUNTY OF ERIE        )ss
CITY OF BUFFALO      )

       HERBERT L. GREENMAN, ESQ., being duly sworn, deposes and says:

       1)  I am the attorney for the defendant Paul Raslawsky.

       2)  By Order of United States Magistrate Judge Jeremiah J. McCarthy motions were scheduled to be filed by August 5, 2024.

       3)  Within the time that was previously requested I received a Brief on Appeal from the United States Attorney's Office for the Second Circuit Court of Appeals.

       4)  I am involved in an attempt to complete my Reply Brief.

       5)  As a request, I was unable to complete the work necessary to file the motions.

       6)  In addition, there has been recent activity relative to the constitutionality of Title 18 USC §922(g)(3).  I will need to address those issues in my motions.

       7)  Therefore, I am requesting additional time to file motions until Tuesday, August 13, 2024.

       8)   Assistant United States Attorney Louis Testani consents to this request.

2

9) The parties agree that the speedy trial time should be excluded on the basis that the interest of the defendant and the community in a speedy disposition of this matter is outweighed by this request.

WHEREFORE, your deponent prays that this Court issue an Order accordingly.

/s/Herbert L. Greenman

Herbert L. Greenman, ESQ.

Subscribed and sworn to before me this
5th day of August, 2024

/s/Elizabeth M. Daigler

Notary Public State of New York,
Qualified in Erie County
My Commission Expires October 31, 2026.

3