UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

___

UNITED STATES OF AMERICA,

          v.

PAUL RASLAWSKY,

               Defendant.

**DECISION AND ORDER**
24-CR-41-A

___

     This case was referred (Dkt. 98) to Magistrate Judge Jeremiah J. McCarthy, to take Defendant Paul Raslawsky's plea of guilty, conduct an allocution pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and make a recommendation to this Court whether a plea of guilty should be accepted.  On February 19, 2026, Defendant appeared before Magistrate Judge McCarthy waived his right to indictment (Dkt. 99), and pursuant to a written plea agreement (Dkt. 101), pleaded guilty to a one-count superseding information (Dkt. 100) charging him with being unlawful user of a controlled substance in possession of ammunition, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(8).

     Magistrate Judge McCarthy issued a Report and Recommendation ("R&R") (Dkt. 103) confirming his oral findings that Defendant's waiver of indictment and plea of guilty were knowing, voluntary, and this his plea was supported by a factual basis.  No timely objections to the R&R have been filed.  It is hereby

     **ORDERED** that, upon review of the waiver of indictment, the information, the plea agreement, the plea transcript (Dkt. 104), and the R&R, the Court finds that all the requirements of Rule 11 were carefully followed.  Defendant's waiver of his right to

indictment together with his plea of guilty were knowing and voluntary, and his plea of guilty was supported by a factual basis.  The Magistrate Judge informed Defendant, who was placed under oath and addressed personally in open court, of Defendant's rights and the trial rights he was waiving should the Court accept his plea of guilty, the nature of the charge to which he was pleading guilty, and any maximum possible penalty, as well as of all the other requirements listed in Rule 11.  The Magistrate Judge determined that Defendant understood the foregoing.  Accordingly, Defendant's plea of guilty is accepted based upon the oral findings of the Magistrate Judge as confirmed in the R&R.

**Sentencing is scheduled for July 16, 2026, at 12:00 p.m.**  The parties are directed to the Court's forthcoming Text Order for the submission of sentencing documents.

**IT IS SO ORDERED.**

      __*s/Richard J. Arcara*_____
      HONORABLE RICHARD J. ARCARA
      UNITED STATES DISTRICT COURT

Dated:  March 9, 2026
       Buffalo, New York